IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

MAR 19 2018

Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 11-89-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JAMES H. PEAK, | |
| Defendant. | |

Upon the Defendant's Motion for Leave to File Under Seal Pursuant to D.Mont. L.R. CR 49.1(a)(2)(E) (Doc. 22), and for good cause being shown,

IT IS HEREBY ORDERED that the Defendant's Motion for Order Allowing Early Release from Supervision and Request for Hearing be filed Under seal for viewing only by the Court, Assistant United States Attorney and defense counsel.

The Clerk of Court shall notify the U.S. Probation Office of the making of this Order.

DATED this 19th day of March, 2018.

SUSAN P. WATTERS
United States District Judge

1