IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-11-89-BLG-SPW |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| JAMES H. PEAK, | ) | |
| | ) | |
| Defendant/Petitioner. | ) | |

Upon Defendant/Petitioner's Unopposed Petition pursuant to 34 U.S.C. § 20915 (b)(1), (b)(2)(A) for Relief From Requirement to Register as a Sexual Offender Under Federal Law (Doc. 32), and good cause being shown,

**IT IS HEREBY ORDERED** that the Defendant's petition is **GRANTED.** James H. Peak's duty to register as a sexual offender under federal law is terminated as of the date of this Order.

DATED this 12th day of December, 2022.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge